No. 103. UNITED STATES *v.* MILL CREEK & MINE HILL NAVIGATION & RAILROAD COMPANY TO USE OF PHILA-DELPHIA & READING RAILWAY COMPANY, LESSEE;

No. 104. UNITED STATES *v.* NORTH PENNSYLVANIA RAILROAD COMPANY TO USE OF PHILADELPHIA & READING RAILWAY COMPANY, LESSEE; and

No. 105. UNITED STATES *v.* DELAWARE & BOUND BROOK RAILROAD COMPANY TO USE OF PHILADELPHIA & READING RAILWAY COMPANY, LESSEE. Error to the District Court of the United States for the Eastern District of Pennsylvania. Argued November 18, 1919. Decided December 8, 1919. *Per Curiam.* Affirmed upon the authority of *United States* v. *Larkin,* 208 U. S. 333. (Mr. Justice Pitney took no part in the decision of these cases.) *Mr. Assistant Attorney General Frierson* for the United States. *Mr. William Clarke Mason,* with whom *Mr. Charles Heebner* was on the briefs, for defendants in error.